Montez Jimmy P177787
_Name and Prisoner/Booking Number_
**Fourth Avenue Jail**      3B134
_Place of Confinement_
**201 S. 4ᵗʰ Avenue**
_Mailing Address_
**Phoenix, AZ   85003**
_City, State, Zip Code_

```
☑ FILED        ___ LODGED
___ RECEIVED   ___ COPY

   JUN 1 4 2006

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY              E  DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jimmy Montez                      )
_(Full Name of Plaintiff)_   Plaintiff,  )
                                  )
            vs.        # 7507     )   CASE NO. CV06-1533-Phx-EHC (DKD)
Christopher Desgeorges            )        _(To be supplied by the Clerk)_
Mitchell Kulwin #7444             )
Robert Ryan #6114                 )
Officer Burns #4911               )   **CIVIL RIGHTS COMPLAINT**
_(Full Name of Each Defendant)_  Defendant(s).  )        **BY A PRISONER**
Don't know Burns First name       )
                                  )   ☑ Original Complaint
                                  )   ☐ First Amended Complaint
                                  )   ☐ Second Amended Complaint

### A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    a.  ☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
    b.  ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    c.  ☐ Other: (Please specify.) _____

2.  Name of Plaintiff: Jimmy Montez P177787
    Present mailing address: 512 W. Pecan Laveen, Az. 85339
        _(Failure to notify the Court of your change of address may result in dismissal of this action.)_

    Institution/city where violation occurred: PHOENIX, AZ. 1318 w. Pecan St. 85041

**550/555**

3. Name of first Defendant: *Christopher Desgeorges*. The first Defendant is employed as:
*Police Officer #7507* at *Phoenix Police Department*.
(Position and Title) (Institution)

The first Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both).
Explain how the first Defendant was acting under color of law: *Aggresive hitting me*
*on my Lower right side back, my left upper back and and twisting my*
*Left arm. cracking my rib and bruising it and hurting and rasing my elbow*

4. Name of second Defendant: *Mitchell Kulwin*. The second Defendant is employed as:
*Phoenix Police Officer #7994* at *Phoenix Police Department*.
(Position and Title) (Institution)

The second Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both).
Explain how the second Defendant was acting under color of law: *Holding me by the back*
*on my neck while Chistopher Desgeorges hitting me*

5. Name of third Defendant: *Robert Ryan #6114*. The third Defendant is employed as:
*Phoenix Police Officer* at *Phoenix Police Department*.
(Position and Title) (Institution)

The third Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both).
Explain how the third Defendant was acting under color of law: *Holding me by my waist*
*while Chistophe Desgeorges is hitting me*

6. Name of fourth Defendant: *Officer Barns 4911* The fourth Defendant is employed as:
*Phoenix Police Officer* at *Phoenix Police Department*.
(Position and Title) (Institution)

The fourth Defendant is sued in his/her: ☑ individual capacity ☑ official capacity (check one or both).
Explain how the fourth Defendant was acting under color of law: *Holding me by my legs*
*while Chistopher Desgeorges is hitting All this is happing*
*while am lying down on a little small couch in the room of 1518 S.W. can st*

**(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)**

## B. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If your answer is "yes," how many lawsuits have you filed? _____ . Describe the previous lawsuits in the
spaces provided below.

3. First prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____
      _____

2

b.  Court:  (If federal court, identify the district; if state court, identify the county.) _____
_____.

c.  Case or docket number: _____.
d.  Claims raised: _____
_____
_____

e.  Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____
_____.

f.  Approximate date lawsuit was filed: _____.
g.  Approximate date of disposition: _____.

4.  Second prior lawsuit:
a.  Parties to previous lawsuit:
Plaintiff: _____.
Defendants: _____
_____.

b.  Court:  (If federal court, identify the district; if state court, identify the county.) _____
_____.

c.  Case or docket number: _____.
d.  Claims raised: _____
_____
_____

e.  Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____
_____.

f.  Approximate date lawsuit was filed: _____.
g.  Approximate date of disposition: _____.

5.  Third prior lawsuit:
a.  Parties to previous lawsuit:
Plaintiff: _____.
Defendants: _____
_____.

b.  Court:  (If federal court, identify the district; if state court, identify the county.) _____
_____.

c.  Case or docket number: _____.
d.  Claims raised: _____
_____
_____

e.  Disposition:  (For example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____
_____.

f.  Approximate date lawsuit was filed: _____.
g.  Approximate date of disposition: _____.

**(If you filed more than three  lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

3

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):

Desgeorges #7507, Kulwin #7444, Ryan #6114 and Burns #4911

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☑ Property   ☐ Exercise of religion   ☐ Retaliation
   ☑ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

Chistopher Desgeorges hitting me #7507 Mitchell Kulwin holding me #7444 Robert Ryan #6114 holding me down Officer Burns #4911 holding me down All while being hit by Officer Christopher Desgeorges. And not giving me my wallet which I should have brought with me to Jail with my property which contained my S.S number card, my only picture I.D a prison I.D. 11265 my personal papers Ask phone Numbers and adresses and $1104 in cash money. I told them the officers that arrested me the Phoenix Police what about my wallet they the officers said I did need it where I was going to Jail

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

my Lower Back right side nerve pinch'd my upper rib cage left side broken or cracked or bruised red bad and my left arm all bruised and hurting from shoulder to wrist

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☑ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☑ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. I ask when I first went in the 4th ave Jail at 201 S. 4 ave they would not listen to me

4

## COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s): _____
_____
_____

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)  ☐ Mail   ☐ Access to the court   ☐ Medical care
☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

_____
_____
_____

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____
   _____

## COUNT III

1.  The following constitutional or other federal civil right has been violated by the Defendant(s): _____
    _____
    _____

2.  Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated
    in a different count)          ☐ Mail          ☐ Access to the court          ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property       ☐ Exercise of religion         ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III.  Describe exactly what
    each Defendant did or did not do to violate your rights.  State the facts clearly in your own words without citing
    legal authority or arguments).
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury:**  (State how you have been injured by the actions or inactions of the Defendant(s)).
    _____
    _____
    _____

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                           ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count III?             ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?    ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief to the highest level, briefly explain
        why you did not. _____
        _____

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

6

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. *I want to take it to Jury court and am asking for $10 millicum in damages*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **6-6-06**
          DATE

*Jimmy Moath*
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than fifteen additional pages. The form, however, must be completely filled in to the extent applicable.

Montez, Jimmy P177787
_Name and Prisoner/Booking Number_
**Fourth Avenue Jail     3   B 134**
_Place of Confinement_
**201 S. 4th Avenue**
_Mailing Address_
**Phoenix, AZ   85003**
_City, State, Zip Code_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jimmy Montez P177787          )  CASE NO. _____
           Plaintiff,          )
                           )
Christopher  vs.  Mitchell          )          APPLICATION TO PROCEED
Desgeorges # 7507 Kulwin 7474          )          *IN FORMA PAUPERIS*
           Defendant(s)          )          BY A PRISONER
Robert Ryan # 6114 and Burns # 4911 )          CIVIL (NON-HABEAS)

    I, Jimmy Montez P177787 , declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

    In support of this application, I answer the following questions under penalty of perjury:

1.  Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?
      ☐Yes  ☑No  If "Yes," how many have you filed? _____.
    Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?  ☐Yes  ☑No  If "Yes," how many of them? _____.

2.  Are you currently employed at the institution where you are confined?  ☐Yes  ☑No
    If "Yes," state the amount of your pay and where you work. _____
    _____
    _____

3.  Do you receive any other payments from the institution where you are confined?  ☐Yes  ☑No
    If "Yes," state the source and amount of the payments. _____
    _____
    _____

Revised 4/9/06                          1

4.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   ☐Yes   ☑No
    If "Yes," state the sources and amounts of the income, savings, or assets. _____
    _____

I declare under penalty of perjury that the above information is true and correct.

*6-6-06*
DATE

*Jimmy Monta*
SIGNATURE OF APPLICANT

---

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, **Jimmy Monta Pitts**, hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).

My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:

    (A)  the average monthly deposits to my account for the six-month period preceding my filing of this action, or

    (B)  the average monthly balance in my account for the six-month period preceding my filing of this action.

My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10.00, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

*6-6-06*
DATE

*Jimmy Monta*
SIGNATURE OF APPLICANT

---

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, **Kanae M Smith**, certify that as of the date applicant signed this application:
  (Printed name of official)

The applicant's trust account balance at this institution is:    $ *0.00*

The applicant's average monthly deposits during the prior six months is:    $ *N/A*

The applicant's average monthly balance during the prior six months is:    $ *N/A*

The attached certified account statement accurately reflects the status of the applicant's account.

| *6/9/06* | *Kanae M Smith* | *B0328* | *MCSO* |
|---|---|---|---|
| DATE | AUTHORIZED SIGNATURE | TITLE/ID NUMBER | INSTITUTION |

```
`06/09/06                   Inmate Account Statement                   Page: 1
 12:47:43
===============================================================================
Booking Number: P177787        Name: MONTEZ, JIMMY

   Acct Number: P177787R       Type: REG - Regular Account
                               Status: OPN - Account Open

                                                                        Acct
.....Transaction......
  Date      Time  Type Description          Amount          Balance     Sts
-------------------------------------------------------------------------------
05/26/06  21:44:32  I  Init. Funds Dep        $0.00           $0.00      OPN
                                          ------------
                       Ending Balance:         $0.00

*** NOTE:  Funds available for self bond ==>==>==>==>==>==>==>         $0.00
    (Ending Balance) << OR >> 0

===============================================================================
I hereby accept the above as an accurate statement of all transactions involving
my inmate account(s) while in custody of the Maricopa County Sheriff's Office.


    Inmate Signature:_____  Date:_____

============  * * *  E N D   O F   S T A T E M E N T  * * *   ============
```

## MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO SHERIFF

# C E R T I F I C A T I O N

I hereby certify that on this date ___6 - 09 - 2006___ ,

I ___ filed __X__ mailed the original and one (1) copy to the Clerk of the

__X__ United States District Court, District of Arizona.

____ Hon _____United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Attorney General, State of Arizona.

____ Judge, _____, Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona,

____ Public Defender, Maricopa County, State of Arizona.

____ Attorney, _____

____ _____

**INMATE LEGAL SERVICES**
**Maricopa County Sheriff's Office**
**201 S. 4th Avenue**
**Phoenix, AZ 85003**

Cert6/10/04