**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jimmy Montez, | ) **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | ) CV 06-1533-PHX-EHC |
| v. | ) |
| Christopher Desgeorges, | ) |
| Defendant. | ) |

Pursuant to the Court's order filed this date and upon the Court's instruction therein, judgment is entered for the Plaintiff Jimmy Montez and against Defendant Christopher Desgeorges. Plaintiff is awarded $500.00 in damages for pain and suffering.

JUDGMENT ENTERED this 5th day of August, 2009.

RICHARD H. WEARE
District Court Executive/Clerk

s/ Sally Turner
By: Deputy Clerk

cc: (all counsel)